United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Chad Leroy Griner<br>4637 Vienna Church Road<br>Valdosta, GA 31605 | Chapter 13<br><br>Case No. 08-71964-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $400.00 in unclaimed funds of Chad Leroy Griner, debtor.

Last Known Address (Most recent listed left to right):

Chad Leroy Griner
4637 Vienna Church Road
Valdosta, GA 31605

Dated: 4/23/2010

/s/ A. Kristin Hurst
A. Kristin Hurst, Trustee